**Order entered January 10, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00921-CV

**FLUOR CORPORATION, FLUOR ENTERPRISES, INC., AND FLUOR DANIEL MEXICO, S.A., Appellants**

**V.**

**E.D.G.M., Appellee**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-15978**

## ORDER

The clerk's record in this case is overdue. By order dated October 3, 2019 we granted appellant's petition for permissive appeal, deemed the notice of appeal filed as of that date, and ordered the clerk's record to be filed within twenty days of the date of the order. To date, the clerk's record has not been filed.

So that this accelerated appeal may proceed, we **ORDER** Felicia Pitre, Dallas County District Clerk, to file the clerk's record in this appeal within **TEN DAYS** of the date of this order.

/s/     BILL WHITEHILL
            JUSTICE